**Anthony Alexander CAMPBELL, Petitioner–Appellant,**

v.

**Bert RICE, Respondent–Appellee.**

No. 99–17311.

United States Court of Appeals, Ninth Circuit.

Oct. 26, 2004.

Anthony Alexander Campbell, Blythe, CA, for Petitioner–Appellant.

Walter F. Brown, Jr., Gary Cary Ware & Freidenrich LLP, John R. Vance, Jr., Special Asst. U.S. Atty., Stan M. Helfman, AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before SCHROEDER, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth

---

1. Judge O'Scannlain, Judge Hawkins and Judge Rawlinson are recused.

Circuit, except to the extent adopted by the en banc court.

■

**Brent M. BAKER, Petitioner— Appellant,**

v.

**Terry L. STEWART and The Attorney General of the State of Arizona, Respondents—Appellees.**

No. 03–15523.

United States Court of Appeals, Ninth Circuit.

Oct. 26, 2004.

David Taylor Shannon, Tucson, AZ, for Petitioner–Appellant.

Jon George Anderson, Phoenix, AZ, for Respondents–Appellees.

O'SCANNLAIN, SILER,* and HAWKINS, Circuit Judges.

### ORDER

The Memorandum disposition filed on June 29, 2004 is withdrawn. A new Memorandum disposition will be filed contemporaneously with this Order. Appellant's Petition for Rehearing is denied.

---

* The Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.